# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

FILED 2010 APR -1 P 3:12

---

UNITED STATES OF AMERICA,

v.

**CR 10 0245 JSW**

KENNETH MARTIN KYLE and TESSA VAN VLERAH,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 2241(c)- Aggravated Sexual Abuse; 18 U.S.C. § 2251(a)- Production of Child Pornography; 18 U.S.C. § 2251(b)- Production of Child Pornography(by Parent); 18 U.S.C. § 2252(a)(2)- Distribution of Child Pornography; 18 U.S.C. § 2252(a)(1)- Transportation of Child Pornography; 18 U.S.C. § 2252(a)(4)(B)- Possession of Child Pornography; 18 U.S.C. § 2253 - Criminal Forfeiture

---

A true bill.

_____ Foreman

Filed in open court this ___1___ day of

_April, 2010_

ADA YU                              Clerk

Bail, $ _No bail_     warrant - Vlerah
                      No process - Kyle

**BERNARD ZIMMERMAN**

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. 2241(c) -- Aggravated Sexual Abuse of a Minor
18 U.S.C. 2251(a) -- Production of Child Pornography
18 U.S.C. 2252(a)(2) -- Distribution of Child Pornography
18 U.S.C. 2252(a)(1) -- Transportation of Child Pornography
18 U.S.C. 2252(a)(4)(B) -- Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attached.

E-filing

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ KENNETH MARTIN KYLE

DISTRICT COURT NUMBER

CR 10 0245 JSW

FILED
APR - 1 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

ICE, Special Agent Analisa Nogales

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 3:10-70212 MAG

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    OWEN P. MARTIKAN

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction         } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    } If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶  Month/Day/Year March 20, 2010

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

PENALTY SHEET ATTACHMENT – DEFENDANT KENNETH MARTIN KYLE

MAXIMUM PENALTIES:

18 U.S.C. § 2241(c) – Aggravated Sexual Abuse With Children

    At least 30 years but up to life imprisonment
    $250,000 fine
    At least 5 years but up to lifetime supervised release
    $100 special assessment

18 U.S.C. § 2251(a) – Production of Child Pornography

    At least 15 years but up to 30 years imprisonment
    $250,000 fine
    At least 5 years but up to lifetime supervised release
    $100 special assessment

18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography

    At least 5 years but up to 20 years imprisonment
    $250,000 fine
    At least 5 years but up to lifetime supervised release
    $100 special assessment

18 U.S.C. § 2252(a)(1) – Transportation of Child Pornography

    At least 5 years but up to 20 years imprisonment
    $250,000 fine
    At least 5 years but up to lifetime supervised release
    $100 special assessment

18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography

    10 years imprisonment
    $250,000 fine
    At least 5 years but up to lifetime supervised release
    $100 special assessment

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. 2251(a) -- Production of Child Pornography by Parent

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: At least 15 years but up to 30 years imprisonment
$250,000 fine
At least 5 years but up to lifetime supervised release
$100 special assessment

E-filing

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED APR - 1 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ TESSA VAN VLERAH

DISTRICT COURT NUMBER
**CR 10 0245 JSW**

**DEFENDANT**

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
ICE, Special Agent Analisa Nogales

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.
3:10-70212 MAG

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   OWEN P. MARTIKAN

## IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

## IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year  March 20, 2010
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
2 | United States Attorney

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR 10 0245 |
|---|---|---|
| Plaintiff, | ) | No. |
| | ) | VIOLATIONS: |
| v. | ) | |
| | ) | 18 U.S.C. § 2241(c) – Aggravated Sexual Abuse; 18 U.S.C. § 2251(a) – Production of Child Pornography; 18 U.S.C. § 2251(b) – Production of Child Pornography (by Parent); 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography; 18 U.S.C. § 2252(a)(1) – Transportation of Child Pornography; 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography; 18 U.S.C. § 2253 – Criminal Forfeiture |
| KENNETH MARTIN KYLE and TESSA VAN VLERAH, | ) | |
| Defendants. | ) | |

SAN FRANCISCO VENUE

INDICTMENT

The Grand Jury charges:

COUNT ONE: 18 U.S.C. § 2241(c) - Aggravated Sexual Abuse with Children

On or about August through October, 2009, in the Northern District of California, the defendant,

KENNETH MARTIN KYLE,

did knowingly cross a State line with the intent to engage in a sexual act with a person who has

INDICTMENT

1 not attained the age of 12 years, and knowingly engaged and attempted to engage in a sexual act
2 with a person who has not attained the age of 12 years, to wit, contact between the mouth and the
3 penis, in violation of Title 18, United States Code, Section 2241(c).

5 COUNT TWO: 18 U.S.C. § 2251(a) - Production of Child Pornography
6 On or about August through October, 2009, in the Northern District of California and
7 elsewhere, the defendant,
8 KENNETH MARTIN KYLE,
9 did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually
10 explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual
11 depiction was transported or transmitted in or affecting interstate and foreign commerce, in
12 violation of Title 18, United States Code, Section 2251(a).

14 COUNT THREE: 18 U.S.C. § 2251(a) - Production of Child Pornography (by Parent)
15 On or about August through October, 2009, in the Northern District of California and
16 elsewhere, the defendant,
17 TESSA VAN VRELAH,
18 a parent, legal guardian, and person having custody and control of minor A.V., did knowingly
19 permit A.V. to engage in sexually explicit conduct for the purpose of producing a visual
20 depiction of such conduct, and such visual depiction was transported or transmitted in or
21 affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section
22 2251(a).

24 COUNT FOUR: 18 U.S.C. § 2252(a)(2) - Distribution of Child Pornography
25 On or about December 7, 2009, in the Northern District of California, the defendant,
26 KENNETH MARTIN KYLE,
27 did knowingly distribute at least one visual depiction that had been mailed and shipped and
28 transported in and affecting interstate and foreign commerce, and which contains materials which

INDICTMENT 2

had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT FIVE: 18 U.S.C. § 2252(a)(1) – Transportation of Child Pornography

On or about March 15, 2010, in the Northern District of California, the defendant,

KENNETH MARTIN KYLE,

did knowingly transport and ship in foreign commerce a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct; in violation of Title 18, United States Code, Section 2252(a)(1).

COUNT SIX: 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

On or about March 15, 2010, in the Northern District of California, the defendant,

KENNETH MARTIN KYLE,

did knowingly possess at least one matter which contained a visual depiction that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which was produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, and such depiction was of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

Upon conviction of the offense alleged herein, the defendants,

KENNETH MARTIN KYLE, and

TESSA VAN VLERAH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code Sections 2251 and

INDICTMENT 3

1  2252, and all property, real or personal, used or intended to be used to commit or promote the
2  commission of the offenses of conviction, including but not limited to the following items that
3  were obtained from defendants during March, 2010:

4    1.    a Hewlett Packard G60 laptop computer bearing serial number 2CE940048Y;

5    2.    an Acer Aspire 5000 laptop computer bearing serial number
6  LXA5105653013094EM00;

7    3.    a Western Digital external hard drive bearing serial number WCASU3254662;

8    4.    a Dell Inspiron laptop computer bearing serial number ASGNLO1;

9    5.    a Nokia 6103b cellular phone bearing serial number IMEI 352269/01/882842/1;

10    6.    a Smart One Cable Modem bearing serial number CMX300U2;

11    7.    a CD-ROM containing WinCleaner hard drive wiping software; and

12    8.    thumb drives and CD-ROMs containing images and videos of child pornography.

14  DATED: April 1, 2010

A TRUE BILL.

_Lynda Benjamin_
FOREPERSON

18  JOSEPH P. RUSSONIELLO
United States Attorney

20  _[signature]_
GREGG W. LOWDER
21  Chief, Major Crimes Section

23  (Approved as to form: _[signature]_ )
AUSA MARTIKAN

INDICTMENT                                         4